**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

James P. Marshall
                        Plaintiff,

v.                                            Case No.: 1:23−cv−01958
                                                        Honorable Sara L. Ellis

Beth Munder
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2025:

       MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held on 7/29/25. Status hearing set for 8/27/25 at 11:15 a.m. in−person in Courtroom 1386. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.